JOINTLY SUBMITTED

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JEFFREY B. GUINN, individually and as Trustee of THE DEL MAR TRUST, et al., <br><br>Plaintiffs,<br><br>vs.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR COMMUNITY BANK OF NEVADA; DOE INDIVIDUALS I-XX; ROE CORPORATIONS I-XX,<br><br>Defendant/Counterclaimant.| Case No: 2:09-cv-01809-PMP-GWF<br><br><br><br><br><br>**STIPULATION AND PROPOSED ORDER TO STAY PROCEEDINGS**<br><br>**(SECOND REQUEST)** |
| FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR COMMUNITY BANK OF NEVADA.,<br><br>Plaintiff,<br><br>vs.<br><br>CORONADO NEVADA, LLC; DOE INDIVIDUALS I-XX; ROE CORPORATIONS I-XX,<br><br>Defendants. | |

      Pursuant to LR 6-2 and LR 7-1, the parties stipulate to extend the 180 day stay entered by this Court on December 24, 2009 (#14) on the following basis:

MORRIS PETERSON
ATTORNEYS AT LAW
00 BANK OF AMERICA PLAZA
300 SOUTH FOURTH STREET
LAS VEGAS, NEVADA 89101
702/474-9400
FAX 702/474-9422

1. 12 U.S.C. § 1821(d) establishes an administrative process for claims against the FDIC in its capacity as Receiver of a failed financial institution.

2. Plaintiffs in this action have submitted their administrative claims as required by statute.

3. 12 U.S.C. § 1821(d)(5)(A)(i) gives the FDIC 180 days to render a decision on plaintiffs' claims, and, under 12 U.S.C. § 1821(d)(13)(D), the Court may, and the parties submit, should, stay the case during the pendency of that administrative claims process. *See, e.g. Marquis v. FDIC*, 965 F.2d 1148, 1155 (1st Cir. 1992) ("The court may. . . in its discretion – and ordinarily should – stay proceedings . . . so as to permit exhaustion of the mandatory administrative claims review process.").

4. The parties previously stipulated to stay this case for 180 days or until the FDIC as Receiver rendered a decision on plaintiffs' claims, whichever came first (#13).

5. On the parties' stipulation, the Court stayed this case for up to 180 days, commencing on December 24, 2009, to allow the claims process to proceed (#14).

6. Plaintiffs have now agreed to extend the claims process for an additional 180 days as permitted by 12 U.S.C. § 1821(d)(5)(A)(ii).

MORRIS PETERSON
ATTORNEYS AT LAW
300 BANK OF AMERICA PLAZA
300 SOUTH FOURTH STREET
LAS VEGAS, NEVADA 89101
702/474-9400
FAX 702/474-9422

7. Based on this, the parties stipulate to stay extend the current stay until November 11, 2010 or until the FDIC as Receiver renders a decision on plaintiffs' claims, whichever comes first. This second extension is warranted, the parties submit, to permit the parties to attempt to resolve the claims presented in this case through mediation.

| BAILEY KENNEDY | MORRIS PETERSON |
|---|---|
| By /s/ Kimberly McGhee<br>Dennis L. Kennedy, No. 1462<br>Kimberly McGhee, No. 9728<br>Craig Henderson, No. 10077<br>8984 Spanish Ridge Avenue<br>Las Vegas, Nevada 89148 | By /s/ Robert McCoy<br>Robert McCoy, No. 9121<br>Rex D. Garner, No. 9401<br>900 Bank of America Plaza<br>300 South Fourth Street<br>Las Vegas, Nevada 89101 |
| Attorneys for Jeffrey B. Guinn and Monica A. Guinn, individually and as Trustees of the Del Mar Trust, R. Kent Barry and Mary Sunshine Barry, individually and as Trustees of the Barry Family Trust, Sean P. Corrigan and Lisa D. Corrigan, individually and as Trustees of the S&L Corrigan Family Trust, Coronado Canyons, LLC, Pacific Sunset Development, LLC, Coronado Bay Investments, LLC, Aspen Financial Services, LLC, Coronado Aspen 11, LLC, and Coronado Nevada, LLC | Attorneys for Federal Deposit Insurance Corporation, as Receiver for Community Bank of Nevada |

## ORDER

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED:__ May 4, 2010

MORRIS PETERSON
ATTORNEYS AT LAW
900 BANK OF AMERICA PLAZA
300 SOUTH FOURTH STREET
LAS VEGAS, NEVADA 89101
702/474-9400
FAX 702/474-9422

3