UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| JEFFREY B. GUINN, et al., | ) | |
| | ) | 2:09-CV-01809-PMP-CWH |
| Plaintiffs, | ) | **ORDER** |
| vs. | ) | |
| FEDERAL DEPOSIT INSURANCE CORPORATION, et al., | ) | |
| Defendants. | ) | |

The Court has considered the Joint Statement of Questions to be Certified to the Nevada Supreme Court (Doc. #56) filed March 26, 2012 by the Parties to this action. The Court finds that all three questions proposed by Plaintiffs are appropriate for certification and that no further argument is necessary to warrant certification of Question No. 3.

Rule 5 of the Nevada Rules of Appellate Procedure sets forth in detail the requirements for certification of questions of law to the Nevada Supreme Court.

**IT IS THEREFORE ORDERED** that Counsel for the Parties to this action shall forthwith meet and confer, and shall, not later than **Thursday, April 26, 2012**, submit to this Court a proposed form of Order of Certification in compliance with the requirements of Rule 5 of the Nevada Rules of Appellate Procedure.

///

///

1 **IT IS FURTHER ORDERED** that pending resolution of the questions above certified to the Nevada Supreme Court, Defendant Coronado Canyons, LLC and the Guarantor's Motion to Dismiss (Doc. #28) is **DENIED** without prejudice to be re-filed following ruling by the Nevada Supreme Court.

DATED: April 12, 2012.

_____
PHILIP M. PRO
United States District Judge