UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JEFFREY B. GUINN, et al., | 2:09-CV-01809-PMP-CWH |
| Plaintiffs, | **ORDER** |
| vs. | |
| FEDERAL DEPOSIT INSURANCE CORPORATION, et al., | |
| Defendants. | |

Having read and considered Third Party Defendant Mark Brown's fully briefed Motion to Dismiss Third Party Complaint (Doc. #69), and good cause appearing,

**IT IS ORDERED** that Third Party Defendant Mark Brown's fully briefed Motion to Dismiss Third Party Complaint (Doc. #69) is **DENIED**.

**IT IS FURTHER ORDERED** that Third Party Plaintiff Federal Deposit Insurance Corporation, as Receiver for Community Bank of Nevada, shall have to and including **October 30, 2012** within which to file an amended third party complaint including Mark Brown and Michele Brown as Defendants.

DATED: October 16, 2012.

PHILIP M. PRO
United States District Judge