UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| JEFFREY B. GUINN, et al., | ) | 2:09-CV-01809-PMP-CWH |
| | ) | |
| Plaintiffs, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| FEDERAL DEPOSIT INSURANCE | ) | |
| CORPORATION, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Having read and considered Plaintiff/Counterdefendant/Third-Party Defendants'
Motion for Reconsideration (Doc. #75) filed September 10, 2012, and good cause
appearing,

   **IT IS ORDERED** that Plaintiff/Counterdefendant/Third-Party Defendants'
Motion for Reconsideration (Doc. #75) is **DENIED**.

   DATED: October 16, 2012.



_____
PHILIP M. PRO
United States District Judge