UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JEFFREY B. GUINN, et al. | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) 2:09-CV-01809-PMP-CWH<br>) |
| FEDERAL DEPOSIT INSURANCE CORPORATION, et al., | ) ORDER<br>)<br>) |
| Defendants. | ) |
| AND ALL RELATED CLAIMS. | )<br>)<br>) |

Having read and considered Third Party Defendant Michelle Brown's fully briefed Motion to Dismiss or in the Alternative, Motion to Strike (Doc. #95), and good cause appearing,

IT IS ORDERED that Third Party Defendant Michelle Brown's Motion to Dismiss or in the Alternative, Motion to Strike (Doc. #95) is DENIED.

DATED: January 16, 2013

_____
PHILIP M. PRO
United States District Judge