UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

JEFFREY B. GUINN, et al.

        Plaintiffs,

v.

FEDERAL DEPOSIT INSURANCE
CORPORATION, et al.,

        Defendants.

AND ALL RELATED CLAIMS.

2:09-CV-01809-PMP-CWH

ORDER

        Having read and considered Third Party Defendant Michelle Brown's fully briefed Motion to Dismiss or in the Alternative, Motion to Strike (Doc. #95), and good cause appearing,

        IT IS ORDERED that Third Party Defendant Michelle Brown's Motion to Dismiss or in the Alternative, Motion to Strike (Doc. #95) is DENIED.

DATED: January 16, 2013

_____
PHILIP M. PRO
United States District Judge