UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JEFFREY B. GUINN, individually and as Trustee of the DEL MAR TRUST, et al.,<br><br>  Plaintiff/Counterdefendant<br>  Third-Party Defendant,<br><br> vs.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR COMMUNITY BANK OF NEVADA, et al.,<br><br>  Defendant/Counterclaimant/<br>  Third-Party Plaintiff. | 2:09-CV-01809-PMP-CWH<br><br>**<u>ORDER</u>** |

Before the Court for consideration is Defendant/Counterclaimant/Third-Party Plaintiff Federal Deposit Insurance Corporation, as Receiver for Community Bank of Nevada, Inc.'s ("FDIC-R") Motion for Partial Summary Judgment (Doc. #89). By this Motion, FDIC-R seeks summary judgment against Plaintiffs on all of Plaintiff's claims, and additionally seeks summary judgment on its counterclaims and third-party claims for damages relating to four of the five loans at issue in this case.

At the hearing conducted March 4, 2013, on FDIC-R's fully briefed motion, Plaintiff's conceded that FDIC-R is entitled to summary judgment on all of Plaintiff's claims. Accordingly, that portion of FDIC-R's motion was granted at the hearing.

Plaintiff/Counterdefendant/Third-Party Defendants however oppose FDIC-R's motion for summary judgment on the counterclaims and third-party claims advanced by FDIC-R. However, for the reasons set forth in FDIC-R's Motion (Doc. #89), Reply Memorandum (Doc. #99), and at the hearing conducted March 4, 2013, the Court finds that FDIC-R is entitled to summary judgment on the "Guinn loan" and that Nevada law, not California law, is controlling as between the Parties in this case.  Similarly, and for the reasons set forth by FDIC-R on the paper and at oral argument, the Court finds FDIC-R is entitled to summary judgment and an award of damages on their counterclaim/third-party claims for the Coronado Nevada Loan in the amount of $5,911,175.02, for the joint LOC in the amount of $724,778.07, and on the Guinn Loan in the amount of $2,589,002.61.

**IT IS SO ORDERED**.

**IT IS FURTHER ORDERED** that Defendant/Counterclaimant/Third-Party Plaintiff FDIC-R shall prepare an appropriate Form of Judgment, and after reviewing said Proposed Form of Judgment with counsel for Plaintiff/Counterdefendant/Third-Party Defendants, shall not later than **Monday, April 1, 2013** submit the Proposed Form of Judgment to the Court for consideration and entry.

DATED: March 11, 2013.

                                       _____
                                       PHILIP M. PRO
                                       United States District Judge