MORRIS LAW GROUP
Robert McCoy, Bar No. 9121
Email: rrm@morrislawgroup.com
Rex D. Garner, Bar No. 9401
Email: rdg@morrislawgroup.com
900 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada  89101
Telephone:  (702) 474-9400
Facsimile:  (702) 474-9422

Attorneys for Federal Deposit
Insurance Corporation, as Receiver
for Community Bank of Nevada

MORRIS LAW GROUP
900 BANK OF AMERICA PLAZA • 300 SOUTH FOURTH STREET • LAS VEGAS, NEVADA 89101
702/474-9400 • FAX 702/474-9422

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| JEFFREY B. GUINN, individually and as Trustee of the DEL MAR TRUST, et al. <br><br> Plaintiff/Counterdefendant, <br><br> vs. <br><br> FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR COMMUNITY BANK OF NEVADA, et al. <br><br> Defendant/Counterclaimant. | Case No. 2:09-cv-01809-PMP-CWH <br><br> **JUDGMENT AGAINST JEFFREY AND MONICA GUINN, AS TRUSTEES OF THE DEL MAR TRUST** |

On March 11, 2013, this Court granted the Motion for Partial

Summary Judgment by defendant Federal Deposit Insurance Corporation,

as Receiver for Community Bank of Nevada ("FDIC-R"), and having

ordered entry of judgment as requested in the motion,

IT IS ORDERED, ADJUDGED, AND DECREED that:

1.      Plaintiffs Jeffrey and Monica Guinn, as Trustees of the Del Mar Trust, shall take nothing by this action, and all of their claims against the FDIC-R are dismissed with prejudice;

2.      The FDIC-R is awarded summary judgment on its sixth, eighth, tenth, and seventeenth counterclaims and shall recover from counterdefendants Jeffrey and Monica Guinn, as Trustees of the Del Mar Trust, jointly and severally, the sum of $9,224,955.70 for those claims;

3.      Such Judgment in favor of the FDIC-R shall also include an award of pre-judgment interest against Jeffrey and Monica Guinn, as Trustees of the Del Mar Trust, jointly and severally, in an amount of $352,741.80, representing an accrual at a per diem rate of $2,556.10 from October 26, 2012, through March 13, 2013;

4.      Such judgment in favor of the FDIC-R shall also include an award of additional pre-judgment interest against Jeffrey and Monica Guinn, as Trustees of the Del Mar Trust, jointly and severally, at a per diem rate of $2,556.10 from March 13, 2013 through the date that this Judgment is entered.

_____
PHILIP M. PRO
United States District Judge

DATED: April 8, 2013.
_____

MORRIS LAW GROUP · 900 BANK OF AMERICA PLAZA · 300 SOUTH FOURTH STREET · LAS VEGAS, NEVADA 89101
702/474-9400 · FAX 702/474-9422