MORRIS LAW GROUP
Robert McCoy, Bar No. 9121
Email: rrm@morrislawgroup.com
Rex D. Garner, Bar No. 9401
Email: rdg@morrislawgroup.com
900 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada  89101
Telephone:  (702) 474-9400
Facsimile:  (702) 474-9422

Attorneys for Federal Deposit
Insurance Corporation, as Receiver
for Community Bank of Nevada

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| JEFFREY B. GUINN, individually and as Trustee of the DEL MAR TRUST, et al.<br><br>Plaintiff/Counterdefendant,<br><br>vs.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR COMMUNITY BANK OF NEVADA, et al.<br><br>Defendant/Counterclaimant. | Case No. 2:09-cv-01809-PMP-CWH<br><br>**JUDGMENT AGAINST KENT BARRY AND MARY SUNSHINE BARRY, AS TRUSTEES OF THE BARRY FAMILY TRUST** |

On March 11, 2013, this Court granted the Motion for Partial Summary Judgment by defendant Federal Deposit Insurance Corporation, as Receiver for Community Bank of Nevada ("FDIC-R"), and having ordered entry of judgment as requested in the motion,

IT IS ORDERED, ADJUDGED, AND DECREED that:

1. Plaintiffs Kent Barry and Mary Sunshine Barry, as Trustees of the Barry Family Trust, shall take nothing by this action, and all of their claims against the FDIC-R are dismissed with prejudice;

2. The FDIC-R is awarded summary judgment on its tenth counterclaim and shall recover from counterdefendants Kent Barry and Mary Sunshine Barry, as Trustees of the Barry Family Trust, jointly and severally, the sum of $724,778.07 for that claim;

3. Such Judgment in favor of the FDIC-R shall also include an award of pre-judgment interest against Kent Barry and Mary Sunshine Barry, as Trustees of the Barry Family Trust, jointly and severally, in an amount of $20,381.49, representing an accrual at a per diem rate of $148.77 from October 26, 2012, through March 13, 2013;

4. Such judgment in favor of the FDIC-R shall also include an award of additional pre-judgment interest against Kent Barry and Mary Sunshine Barry, as Trustees of the Barry Family Trust, jointly and severally, at a per diem rate of $148.77 from March 13, 2013 through the date that this Judgment is entered.

_____
PHILIP M. PRO
United States District Judge

DATED: April 8, 2013.