MORRIS LAW GROUP
Robert McCoy, Bar No. 9121
Email: rrm@morrislawgroup.com
Rex D. Garner, Bar No. 9401
Email: rdg@morrislawgroup.com
900 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada  89101
Telephone:  (702) 474-9400
Facsimile:  (702) 474-9422

Attorneys for Federal Deposit
Insurance Corporation, as Receiver
for Community Bank of Nevada

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| JEFFREY B. GUINN, individually and as Trustee of the DEL MAR TRUST, et al.<br><br>Plaintiff/Counterdefendant,<br><br>vs.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR COMMUNITY BANK OF NEVADA, et al.<br><br>Defendant/Counterclaimant.<br>_____ | Case No. 2:09-cv-01809-PMP-CWH<br><br>**JUDGMENT AGAINST SEAN AND LISA CORRIGAN, AS TRUSTEES OF THE S&L CORRIGAN FAMILY TRUST** |

      On March 11, 2013, this Court granted the Motion for Partial Summary Judgment by defendant Federal Deposit Insurance Corporation, as Receiver for Community Bank of Nevada ("FDIC-R"), and having ordered entry of judgment as requested in the motion,

      IT IS ORDERED, ADJUDGED, AND DECREED that:

1. Plaintiffs Sean and Lisa Corrigan, as Trustees of the S&L Corrigan Family Trust, shall take nothing by this action, and all of their claims against the FDIC-R are dismissed with prejudice;

2. The FDIC-R is awarded summary judgment on its tenth counterclaim and shall recover from counterdefendants Sean and Lisa Corrigan, as Trustees of the S&L Corrigan Family Trust, jointly and severally, the sum of $724,778.07 for that claim;

3. Such Judgment in favor of the FDIC-R shall also include an award of pre-judgment interest against Sean and Lisa Corrigan, as Trustees of the S&L Corrigan Family Trust, jointly and severally, in an amount of $20,381.49, representing an accrual at a per diem rate of $148.77 from October 26, 2012, through March 13, 2013;

4. Such judgment in favor of the FDIC-R shall also include an award of additional pre-judgment interest against Sean and Lisa Corrigan, as Trustees of the S&L Corrigan Family Trust, jointly and severally, at a per diem rate of $148.77 from March 13, 2013 through the date that this Judgment is entered.

_____
PHILIP M. PRO
United States District Judge

DATED: April 8, 2013.