UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JEFFREY B. GUINN, individually and as Trustee of the DEL MAR TRUST, et al., | 2:09-CV-01809-PMP-CWH |
| Plaintiff/Counterdefendant Third-Party Defendant, | **ORDER** |
| vs. | |
| FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR COMMUNITY BANK OF NEVADA, et al., | |
| Defendant/Counterclaimant/ Third-Party Plaintiff. | |

**IT IS ORDERED** that Defendant's Motion for Entry of Final Judgment Pursuant to Fed. R. Civ. P. 54(B) (Doc. #130) is **GRANTED**, and that each of the Judgments (Docs. #120-128) entered April 8, 2013, are Final Judgments under Rule 45(b) of the Federal Rules of Civil Procedure.

DATED: April 29, 2013.

_____
PHILIP M. PRO
United States District Judge