UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JEFFREY B. GUINN, et al., ) | |
| ) | |
| Plaintiffs, ) | 2:09-CV-01809-PMP-CWH |
| ) | |
| v. ) | |
| ) | |
| FEDERAL DEPOSIT INSURANCE ) | |
| CORPORATION, ) | ORDER |
| ) | |
| Defendant. ) | |

IT IS ORDERED that the Court will hold a hearing on Bailey Kennedy's Motion to Withdraw as Counsel of Record with Respect to R. Kent Barry and Mary Sunshine Barry, Individually and as Trustees of the Barry Family Trust, and Pacific Sunset Development, LLC (Doc. #143) on Monday, July 29, 2013 at 2:00 p.m. in Courtroom 7C, in the United States District Court, District of Nevada, located at 333 S. Las Vegas Blvd., Las Vegas, Nevada, 89101.

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this Order to Kent Barry and Mary Barry by certified mail to the following address: 1911 Newport Bay Drive, Las Vegas, NV 89117.

IT IS FURTHER ORDERED that Kent Barry and Mary Barry shall personally appear at the July 29, 2013 hearing.

DATED: July 10, 2013

_____
PHILIP M. PRO
United States District Judge