UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

JEFFREY B. GUINN, individually and as Trustee of the DEL MAR TRUST,

    Plaintiff,

v.

FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR COMMUNITY BANK OF NEVADA,

    Defendant.

2:09-CV-01809-PMP-CWH

ORDER

    IT IS ORDERED that Defendant/Counterclaimant/Third-Party Plaintiff Federal Deposit Insurance Corporation, as Receiver for Community Bank of Nevada, Inc.'s Motion for a Charging Order on Limited Liability Company and Corporation Interests of Debtors Jeffrey and Monica Guinn as Trustees of the Del Mar Trust (Doc. #152) is hereby GRANTED.

    IT IS FURTHER ORDERED that Defendant/Counterclaimant/Third-Party Plaintiff Federal Deposit Insurance Corporation shall prepare and submit a proposed form of charging order on or before September 16, 2013.

DATED: September 5, 2013

                                              PHILIP M. PRO
                                              United States District Judge