UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JEFFREY B. GUINN, individually and as Trustee of the DEL MAR TRUST,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR COMMUNITY BANK OF NEVADA,<br><br>Defendant. | 2:09-CV-01809-PMP-CWH<br><br>ORDER |

     IT IS ORDERED that Defendant/Counterclaimant/Third-Party Plaintiff Federal Deposit Insurance Corporation, as Receiver for Community Bank of Nevada, Inc.'s Motion for a Charging Order on Limited Liability Company and Corporation Interests of Debtors Sean and Lisa Corrigan as Trustees of the S&L Corrigan Family Trust (Doc. #153) is hereby GRANTED.

     IT IS FURTHER ORDERED that Defendant/Counterclaimant/Third-Party Plaintiff Federal Deposit Insurance Corporation shall prepare and submit a proposed form of charging order on or before September 16, 2013.

DATED: September 5, 2013

_____
PHILIP M. PRO
United States District Judge