MORRIS LAW GROUP
Robert McCoy, Bar No. 9121
Email: rrm@morrislawgroup.com
Rex D. Garner, Bar No. 9401
Email: rdg@morrislawgroup.com
900 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702) 474-9400
Facsimile: (702) 474-9422

Attorneys for Federal Deposit
Insurance Corporation, as Receiver
for Community Bank of Nevada

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| JEFFREY B. GUINN, individually and as Trustee of the DEL MAR TRUST, et al.<br><br>Plaintiff/Counterdefendant,<br><br>vs.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR COMMUNITY BANK OF NEVADA; DO INDIVIDUALS I-XX,<br><br>Defendant/Counterclaimant.<br>_____ | Case No. 2:09-cv-01809-PMP-CWH<br><br>**CHARGING ORDER AGAINST INTERESTS OF DEBTORS JEFFREY AND MONICA GUINN AS TRUSTEES OF THE DEL MAR TRUST IN ASPEN TECHNOLOGY CONCEPTS, LLC** |

      On September 5, 2013, this Court GRANTED Defendant/Counterclaimant/Third-Party Plaintiff Federal Deposit Insurance Corporation, as Receiver for Community Bank of Nevada, Inc.'s ("FDIC-R") motion for a charging order on the limited liability company and corporation interest of Debtors Jeffrey and Monica Guinn, as Trustees of the Del Mar Trust ("Del Mar Trust") (#163).

**IT IS THEREFORE ORDERED** that the interests of the Del Mar Trust in Aspen Technology Concepts, LLC are charged with payment of the remaining balance of the judgment in this matter, which, as of September 19, 2013, is $9,647,195.79 including costs and interest on the entire judgment at 0.13% per year from its date until paid. *See* (#162-3).

**IT IS FURTHER ORDERED** that the other members or stockholders of Aspen Technology Concepts, LLC shall not distribute to the Del Mar Trust any funds or assets whatsoever, but instead shall pay over to the FDIC-R all funds and assets which would have been distributed to the Del Mar Trust in the normal course of business of Aspen Technology Concepts, LLC.

_____
UNITED STATES DISTRICT JUDGE

DATED: September 19, 2013

Submitted by:

MORRIS LAW GROUP

By /s/ Robert McCoy
  Robert McCoy, Bar No. 9121
  Rex D. Garner, Bar No. 9401
  900 Bank of America Plaza
  300 South Fourth Street
  Las Vegas, Nevada 89101

Attorneys for Federal Deposit Insurance Corporation, as Receiver for Community Bank of Nevada