MORRIS LAW GROUP
Robert McCoy, Bar No. 9121
Email: rrm@morrislawgroup.com
Rex D. Garner, Bar No. 9401
Email: rdg@morrislawgroup.com
900 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada  89101
Telephone:  (702) 474-9400
Facsimile:  (702) 474-9422

Attorneys for Federal Deposit
Insurance Corporation, as Receiver
for Community Bank of Nevada

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| JEFFREY B. GUINN, individually and as Trustee of the DEL MAR TRUST, et al. | ) ) ) Case No. 2:09-cv-01809-PMP-CWH |
| Plaintiff/Counterdefendant, | ) ) **CHARGING ORDER AGAINST** ) **INTERESTS OF DEBTORS** ) **JEFFREY AND MONICA GUINN** |
| vs. | ) **AS TRUSTEES OF THE DEL** ) **MAR TRUST IN CORONADO** ) **BAY INVESTMENTS, LLC** |
| FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR COMMUNITY BANK OF NEVADA; DO INDIVIDUALS I-XX, | ) ) ) ) |
| Defendant/Counterclaimant. _____ | ) ) ) |

On September 5, 2013, this Court GRANTED Defendant/

Counterclaimant/Third-Party Plaintiff Federal Deposit Insurance

Corporation, as Receiver for Community Bank of Nevada, Inc.'s ("FDIC-R")

motion for a charging order on the limited liability company and

corporation interest of Debtors Jeffrey and Monica Guinn, as Trustees of

the Del Mar Trust ("Del Mar Trust") (#163).

MORRIS LAW GROUP
900 BANK OF AMERICA PLAZA · 300 SOUTH FOURTH STREET · LAS VEGAS, NEVADA 89101
702/474-9400 · FAX 702/474-9422

MORRIS LAW GROUP · 900 BANK OF AMERICA PLAZA · 300 SOUTH FOURTH STREET · LAS VEGAS, NEVADA 89101
702/474-9400 · FAX 702/474-9422

1    **IT IS THEREFORE ORDERED** that the interests of the Del

2  Mar Trust in Coronado Bay Investments, LLC are charged with payment of

3  the remaining balance of the judgment in this matter, which, as of

4  September 19, 2013, is $9,647,195.79 including costs and interest on the

5  entire judgment at 0.13% per year from its date until paid.  *See* (#162-3).

6    **IT IS FURTHER ORDERED** that the other members or

7  stockholders of Coronado Bay Investments, LLC shall not distribute to the

8  Del Mar Trust any funds or assets whatsoever, but instead shall pay over to

9  the FDIC-R all funds and assets which would have been distributed to the

10  Del Mar Trust in the normal course of business of Coronado Bay

11  Investments, LLC.

12

13

14  _____
   UNITED STATES DISTRICT JUDGE

15  DATED: ____September 19, 2013____

16

17  Submitted by:

18  MORRIS LAW GROUP

19

20  By_/s/ Robert McCoy_____
       Robert McCoy, Bar No. 9121
21     Rex D. Garner, Bar No. 9401
       900 Bank of America Plaza
22     300 South Fourth Street
       Las Vegas, Nevada  89101
23

24  Attorneys for Federal Deposit
   Insurance Corporation, as Receiver
25  for Community Bank of Nevada

26

27

28