MORRIS LAW GROUP
Robert McCoy, Bar No. 9121
Email: rrm@morrislawgroup.com
Rex D. Garner, Bar No. 9401
Email: rdg@morrislawgroup.com
900 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702) 474-9400
Facsimile: (702) 474-9422

Attorneys for Federal Deposit
Insurance Corporation, as Receiver
for Community Bank of Nevada

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| JEFFREY B. GUINN, individually and as Trustee of the DEL MAR TRUST, et al.<br><br>Plaintiff/Counterdefendant,<br><br>vs.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR COMMUNITY BANK OF NEVADA; DO INDIVIDUALS I-XX,<br><br>Defendant/Counterclaimant.<br>_____ | Case No. 2:09-cv-01809-PMP-CWH<br><br>**CHARGING ORDER AGAINST INTERESTS OF DEBTORS SEAN AND LISA CORRIGAN AS TRUSTEES OF THE S&L CORRIGAN FAMILY TRUST IN CORONADO & ASSOCIATES, LLC** |

      On September 5, 2013, this Court GRANTED Defendant/Counterclaimant/Third-Party Plaintiff Federal Deposit Insurance Corporation, as Receiver for Community Bank of Nevada, Inc.'s ("FDIC-R") motion for a charging order on the limited liability company and corporation interest of Debtors Sean and Lisa Corrigan, as Trustees of the S&L Corrigan Family Trust ("S&L Corrigan Family Trust") (#164).

**IT IS THEREFORE ORDERED** that the interests of the S&L Corrigan Family Trust in Coronado & Associates, LLC are charged with payment of the remaining balance of the judgment in this matter, which, as of September 19, 2013, is $749,317.02 including costs and interest on the entire judgment at 0.13% per year from its date until paid. *See* (#162-5).

**IT IS FURTHER ORDERED** that the other members or stockholders of Coronado & Associates, LLC shall not distribute to the S&L Corrigan Family Trust any funds or assets whatsoever, but instead shall pay over to the FDIC-R all funds and assets which would have been distributed to the S&L Corrigan Family Trust in the normal course of business of Coronado & Associates, LLC.

_____
UNITED STATES DISTRICT JUDGE

DATED: September 20, 2013

Submitted by:

MORRIS LAW GROUP

By  /s/ Robert McCoy
   Robert McCoy, Bar No. 9121
   Rex D. Garner, Bar No. 9401
   900 Bank of America Plaza
   300 South Fourth Street
   Las Vegas, Nevada  89101

Attorneys for Federal Deposit Insurance Corporation, as Receiver for Community Bank of Nevada