UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JEFFREY B. GUINN, individually and as Trustee of the DEL MAR TRUST,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR COMMUNITY BANK OF NEVADA,<br><br>Defendant. | 2:09-CV-01809-PMP-CWH<br><br>ORDER |

IT IS ORDERED that the Court will not consider Defendant/Counterclaimant Federal Deposit Insurance Company's ("FDIC") Emergency Application for a Temporary Restraining Order (Doc. #264) on an ex parte basis.

IT IS FURTHER ORDERED that the Court will hold a hearing on FDIC's Emergency Application for a Temporary Restraining Order (Doc. #264) on Monday, October 28, 2013 at 2:00 p.m. in Courtroom 7C, in the United States District Court, District of Nevada, located at 333 S. Las Vegas Blvd., Las Vegas, Nevada, 89101.

IT IS FURTHER ORDERED that FDIC shall forthwith serve Plaintiffs/Counterdefendants Kent and Mary Barry and Pacific Sunset Development, LLC with a copy of FDIC's Emergency Application for a Temporary Restraining Order (Doc. #264) and Motion for Writ of Execution (Doc. #266).

IT IS FURTHER ORDERED that Kent and Mary Barry and Pacific Sunset Development, LLC shall file a response to FDIC's Motion for Writ of Execution (Doc. #266) on or before Monday, November 4, 2013.

IT IS FURTHER ORDERED that FDIC shall file a reply on or before Tuesday, November 12, 2013.

DATED: October 22, 2013

_____
PHILIP M. PRO
United States District Judge