MORRIS LAW GROUP
Robert McCoy, Bar No. 9121
Email: rrm@morrislawgroup.com
Rex D. Garner, Bar No. 9401
Email: rdg@morrislawgroup.com
900 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada  89101
Telephone:  (702) 474-9400
Facsimile:  (702) 474-9422

Attorneys for Federal Deposit
Insurance Corporation, as Receiver
for Community Bank of Nevada

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| JEFFREY B. GUINN, individually and as Trustee of the DEL MAR TRUST, et al. <br><br> Plaintiff/Counterdefendant, <br><br> vs. <br><br> FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR COMMUNITY BANK OF NEVADA; DO INDIVIDUALS I-XX, <br><br> Defendant/Counterclaimant. | Case No. 2:09-cv-01809-PMP-CWH <br><br> **PRELIMINARY INJUNCTION** |

      Defendant/Counterclaimant the Federal Deposit Insurance Corporation's, as Receiver for Community Bank of Nevada ("FDIC-R"), Motion for Preliminary Injunction was heard on October 28, 2013, at 2 p.m. Plaintiffs/Counterdefendants Kent and Marry Barry (the "Barrys") received notice of the motion and hearing and attended.  The Court, having considered the FDIC-R's motion (#265) and the Declaration of Robert McCoy and exhibits in support of that motion, finds as follows:

1. The FDIC-R has shown a likelihood of success on the merits of its motion for a writ of execution against Pacific Sunset Development, LLC ("Pacific Sunset"). The Court will address that motion after it is fully briefed.

2. The FDIC-R has shown a possibility of harm if a preliminary injunction is not ordered because there is the possibility of the Barrys spending or moving the funds held in the Pacific Sunset bank account before the Court can rule on the FDIC-R's motion for a writ of execution.

3. The balance of equities favors ordering a preliminary injunction against the Barrys because denial of a preliminary injunction would allow the Barrys unfettered access to any funds in the Pacific Sunset bank account, whether held at Wells Fargo or any other financial institution, which could hinder the FDIC-R's ability to collect on its outstanding judgments.

4. Entering a preliminary injunction against the Barrys is in the public interest because the FDIC-R is an agency of the federal government and is tasked with the objective of collecting on the assets of a failed bank.

5. The FDIC-R is not required to post a bond for a preliminary injunction pursuant to 12 U.S.C. § 1822(a).

**IT IS HEREBY ORDERED THAT:**

1. The FDIC-R's Motion for Preliminary Injunction is granted in part.

2. Kent and Mary Barry, along with their officers, agents, servants, employees, and all persons in active concert or participation with one or both of them, are enjoined from transferring or removing any funds from any bank account held in the name of Pacific Sunset Development,

LLC at Wells Fargo or any other financial institution, except as follows for reasonable and necessary living expenses:

    a.    One rent payment per month in the amount of $4,500;

    b.    One payment per month per vehicle in the total amount of $1,308 and other attendant transportation costs;

    c.    Utilities;

    d.    Insurance;

    e.    Food and groceries;

    f.    Necessary medical expenses; and

    g.    Education expenses.

3. In the event that any allowable expense(s) under this order (except the mortgage and car payment) will exceed $1,000.00 total per month in any one of the categories enumerated above, the Barrys must give notice of such expenditure(s) that would cause the expenses in that category to exceed $1,000 to the FDIC-R.

4. Kent and Mary Barry, along with their officers, agents, servants, employees, and all persons in active concert or participation with one or both of them, are enjoined from transferring or disposing of any funds from any bank account held in the name of Pacific Sunset Development, LLC at Wells Fargo or any other financial institution.

5. This Preliminary Injunction shall remain in effect until further order of this Court.

6.   The FDIC-R does not need to post any bond for this Preliminary Injunction to take effect.

_____
UNITED STATES DISTRICT JUDGE

DATED: November 13, 2013