UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JEFFREY B. GUINN, individually and as Trustee of the DEL MAR TRUST,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR COMMUNITY BANK OF NEVADA,<br><br>Defendant. | 2:09-CV-01809-PMP-CWH<br><br><br>ORDER |

Having reviewed Federal Deposit Insurance Corporation's Motion for Writ of Execution against Pacific Sunset Development, LLC (Doc. #266), and no opposition thereto having been filed,

IT IS ORDERED that Federal Deposit Insurance Corporation shall file a proposed form of writ of garnishment on or before December 5, 2013.

DATED:  November 20, 2013

_____
PHILIP M. PRO
United States District Judge