UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

JEFFREY B. GUINN, individually and as )
Trustee of the DEL MAR TRUST, )
                                     )            2:09-CV-01809-PMP-CWH
             Plaintiff, )
                                       )
v.                                   )
                                       )
FEDERAL DEPOSIT INSURANCE )            ORDER
CORPORATION, AS RECEIVER FOR )
COMMUNITY BANK OF NEVADA, )
                                       )
             Defendant. )
                                       )

       Having reviewed Federal Deposit Insurance Corporation's Motion for Writ of

Execution against Pacific Sunset Development, LLC (Doc. #266), and no opposition thereto

having been filed,

       IT IS ORDERED that Federal Deposit Insurance Corporation shall file a

proposed form of writ of garnishment on or before December 5, 2013.


DATED:  November 20, 2013

                                                                                                                    
PHILIP M. PRO
United States District Judge