UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

JEFFREY B. GUINN, individually and as Trustee of the DEL MAR TRUST,

    Plaintiff,

v.

FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR COMMUNITY BANK OF NEVADA,

    Defendant.

2:09-CV-01809-PMP-CWH

ORDER

Having reviewed Federal Deposit Insurance Corporation's Motion for Writ of Execution against Pacific Sunset Development, LLC (Doc. #266), and no opposition thereto having been filed,

IT IS ORDERED that Federal Deposit Insurance Corporation shall file a proposed form of writ of garnishment on or before December 5, 2013.

DATED:  November 20, 2013

_____
PHILIP M. PRO
United States District Judge