UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

JEFFREY B. GUINN, individually and as
Trustee of the DEL MAR TRUST,                )
                                             )
            Plaintiff,                       )        2:09-CV-01809-PMP-CWH
                                             )
 v.                                          )
                                             )
FEDERAL DEPOSIT INSURANCE                    )        ORDER
CORPORATION, AS RECEIVER FOR                 )
COMMUNITY BANK OF NEVADA,                    )
                                             )
            Defendant.                       )
                                             )

In light of the Notice of Bankruptcy (Doc. #271/#272),

IT IS ORDERED that Federal Deposit Insurance Corporation's Motion for Writ

of Execution Against Falcon Talon, LLC (Doc. #241) is hereby DENIED without prejudice

to renew upon lifting of the stay or other disposition in the bankruptcy proceedings.


DATED:  November 20, 2013

_____
PHILIP M. PRO
United States District Judge