# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JEFFREY B. GUINN, *et al.*, | ) |
| Plaintiffs, | ) Case No. 2:09-cv-01809-PMP-CWH |
| vs. | ) **ORDER** |
| FEDERAL DEPOSIT INSURANCE COMPANY, *et al.*, | ) |
| Defendants. | ) |

This matter is before the Court on the parties' Proposed Discovery Plan and Scheduling Order (#293), filed on April 11, 2014. On March 31, 2014, the Court conducted a hearing regarding Defendant Federal Deposit Insurance Corporations' Motion for Deficiency Judgment Hearing (#287). The Court was informed that this action has been automatically stayed due to bankruptcy filings of all guarantors except for Michele Brown. Additionally, counsel for Michele Brown requested additional time to conduct discovery prior to the evidentiary hearing on Defendant's Motion (#287). Accordingly, the Court ordered the parties to meet and confer and submit a proposed discovery plan and schedule for an evidentiary hearing by April 11, 2014. *See* Minutes of Proceedings #291. After careful review of the parties' Proposed Plan (#293), the Court finds good cause to enter the proposed deadlines and schedule an evidentiary hearing.

Based on the foregoing and good cause appearing therefore,

**IT IS HEREBY ORDERED** that parties' Proposed Discovery Plan and Scheduling Order (#293) is **granted**.

**IT IS FURTHER ORDERED** that the following dates shall govern discovery in this matter:

1. Expert disclosures **May 9, 2014**
2. Expert depositions **May 20, 2014**

**IT IS FURTHER ORDERED** that an evidentiary hearing on Defendant Federal Deposit Insurance Corporations' Motion for Deficiency Judgment Hearing (#287) is set for **Tuesday, May 27, 2014** at 9:00 a.m. and continuing through **Wednesday, May 28, 2014**, if necessary, in LV Courtroom 3C before Magistrate Judge C.W. Hoffman, Jr.

DATED: This 15th day of April, 2014.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**