UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JEFFREY B. GUINN, et al.,<br><br>          Plaintiffs,<br><br>v.<br><br>FEDERAL DEPOSIT INSURANCE<br>CORPORATION,<br><br>          Defendant. | 2:09-CV-01809-PMP-CWH<br><br>ORDER |

In light of the Notice in Lieu of Remittitur (Doc. #306), filed on July 23, 2014,

IT IS ORDERED that on or before August 11, 2014, the parties shall file a joint status report as to what, if anything, remains to be resolved in this action.

DATED: July 24, 2014

_____
PHILIP M. PRO
United States District Judge