UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JEFFREY B. GUINN, et al., | |
| Plaintiffs, | 2:09-CV-01809-PMP-CWH |
| v. | |
| FEDERAL DEPOSIT INSURANCE CORPORATION, | ORDER |
| Defendant. | |

In light of the parties' Joint Status Report (Doc. #308),

IT IS ORDERED that the parties shall file a joint status report on or before September 5, 2014, unless the parties file a stipulation or motion to dismiss prior to that date.

DATED: August 5, 2014

_____
PHILIP M. PRO
United States District Judge