UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

JEFFREY B. GUINN, et al.,

    Plaintiffs,

v.

FEDERAL DEPOSIT INSURANCE CORPORATION,

    Defendant.

2:09-CV-01809-PMP-CWH

ORDER

In light of the parties' Joint Status Report (Doc. #310),

IT IS ORDERED that this action is stayed for ninety days from the date of this Order as to Third-Party Defendant Michele Brown pending settlement and dismissal.

IT IS FURTHER ORDERED that rather than resurrect the December 22, 2011 Motion to Dismiss (Doc. #28), Counterclaim Defendants Lisa Corrigan, the S&L Corrigan Trust, Kent Barry, Mary Sunshine Barry, the Barry Family Trust, and Pacific Sunset Development, LLC may file a new motion to dismiss with any supplemental argument in light of developments since the motion was originally filed, on or before September 12, 2014.  The normal briefing schedule thereafter applies.

IT IS FURTHER ORDERED that other than briefing the motion to dismiss, this action is stayed for ninety days following the date of this Order.

DATED:  August 12, 2014

_____
PHILIP M. PRO
United States District Judge