MORRIS LAW GROUP
Robert McCoy, Bar No. 9121
Email: rrm@morrislawgroup.com
Rex D. Garner, Bar No. 9401
Email: rdg@morrislawgroup.com
900 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada  89101
Telephone:  (702) 474-9400
Facsimile:  (702) 474-9422

Attorneys for Federal Deposit
Insurance Corporation, as Receiver
for Community Bank of Nevada

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| JEFFREY B. GUINN, individually and as Trustee of the DEL MAR TRUST, et al. | Case No. 2:09-cv-01809-JAD-CWH |
| Plaintiff/Counterdefendant, | **STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE BRIEFS FOR DEFICIENCY JUDGMENT HEARING** |
| vs. | |
| FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR COMMUNITY BANK OF NEVADA; DO INDIVIDUALS I-XX, | **(SECOND REQUEST)** |
| Defendant/Counterclaimant. | |

The parties stipulate to extend the deadline to file their briefs concerning the deficiency judgment hearing a second time from June 19, 2015 to July 2, 2015.  The parties request this extension to permit additional time to complete negotiations aimed at potentially narrowing the scope of the issues for the deficiency judgment hearing, or possibly obviating the need for the hearing altogether.

MORRIS LAW GROUP
900 BANK OF AMERICA PLAZA · 300 SOUTH FOURTH STREET · LAS VEGAS, NEVADA 89101
702/474-9400 · FAX 702/474-9422

The parties make this stipulation in good faith, and there is good cause for the Court to approve this stipulation.

BAILEY KENNEDY                          MORRIS LAW GROUP

By  /s/ Joseph A. Liebman          By   /s/ Robert McCoy
    John Bailey, No. 137                 Robert McCoy, No. 9121
    Dennis L. Kennedy, No. 1462          Rex D. Garner, Bar No. 9401
    Joseph A. Liebman, No. 10125         900 Bank of America Plaza
    8984 Spanish Ridge Avenue            300 South Fourth Street
    Las Vegas, NV 89148                  Las Vegas, Nevada  89101

Attorneys for Coronado Canyons,       Attorneys for Federal Deposit
LLC, Sean P. Corrigan, Lisa D.        Insurance Corporation, as Receiver
Corrigan, and the S&L Corrigan        for Community Bank of Nevada
Family Trust
                                      MARY BARRY
KENT BARRY

By  /s/ Kent Barry                  By  /s/ Mary Barry
    Kent Barry                          Mary Barry
    1911 Newport Bay Drive              1911 Newport Bay Drive
    Las Vegas, Nevada 89117             Las Vegas, Nevada 89117

Individually, as Trustee of the Barry   Individually and as Trustee of the
Family Trust, and as Manager of         Barry Family Trust
Pacific Sunset Development, LLC

**ORDER**

IT IS SO ORDERED

_____
UNITED STATES MAGISTRATE JUDGE

DATED: _____June 22, 2015_____

MORRIS LAW GROUP
900 BANK OF AMERICA PLAZA · 300 SOUTH FOURTH STREET · LAS VEGAS, NEVADA 89101
702/474-9400 · FAX 702/474-9422