MORRIS LAW GROUP
Robert McCoy, Bar No. 9121
Email: rrm@morrislawgroup.com
Rex D. Garner, Bar No. 9401
Email: rdg@morrislawgroup.com
900 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702) 474-9400
Facsimile: (702) 474-9422

Attorneys for Federal Deposit
Insurance Corporation, as Receiver
for Community Bank of Nevada

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JEFFREY B. GUINN, individually and as Trustee of the DEL MAR TRUST, et al.<br><br>Plaintiff/Counterdefendant,<br><br>vs.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR COMMUNITY BANK OF NEVADA; DO INDIVIDUALS I-XX,<br><br>Defendant/Counterclaimant. | Case No. 2:09-cv-01809-JAD-CWH<br><br>**JUDGMENT AGAINST PACIFIC SUNSET DEVELOPMENT, LLC** |

Based on the parties' stipulation, and good cause appearing, *and no reason for delay,* IT IS ORDERED, ADJUDGED, AND DECREED that the FDIC-R is awarded a judgment its first through fourth counterclaims and shall recover from counterdefendant Pacific Sunset Development, LLC, jointly and severally, the sum of $22,506,377.00, which is inclusive of interest, attorneys' fees and costs and all other sums sought to be recovered by the

FDIC-R on account of its first through fourth counterclaims. Each party is to bear its own attorneys' fees and costs.

_____
JENNIFER A. DORSEY
United States District Judge
DATED: July 7, 2015