MORRIS LAW GROUP
Robert McCoy, Bar No. 9121
Email: rrm@morrislawgroup.com
Rex D. Garner, Bar No. 9401
Email: rdg@morrislawgroup.com
900 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada  89101
Telephone:  (702) 474-9400
Facsimile:  (702) 474-9422

Attorneys for Federal Deposit
Insurance Corporation, as Receiver
for Community Bank of Nevada

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| JEFFREY B. GUINN, individually and as Trustee of the DEL MAR TRUST, et al. | ) ) ) Case No. 2:09-cv-01809-JAD-CWH |
| Plaintiff/Counterdefendant, | ) ) **JUDGMENT AGAINST LISA** ) **CORRIGAN** |
| vs. | ) ) |
| FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR COMMUNITY BANK OF NEVADA; DO INDIVIDUALS I-XX, | ) ) ) ) ) |
| Defendant/Counterclaimant. | ) ) |

Based on the parties' stipulation, and good cause appearing, *and no reason for delay,*

IT IS ORDERED, ADJUDGED, AND DECREED that the FDIC-R is awarded a judgment its first through fourth counterclaims and shall recover from counterdefendant Lisa Corrigan, jointly and severally, the sum of $22,506,377.00, which is inclusive of interest, attorneys' fees and costs and all other sums sought to be recovered by the FDIC-R on account

MORRIS LAW GROUP
900 BANK OF AMERICA PLAZA · 300 SOUTH FOURTH STREET · LAS VEGAS, NEVADA 89101
702/474-9400 · FAX 702/474-9422

of its first through fourth counterclaims.  Each party is to bear its own attorneys' fees and costs.

JENNIFER A. DORSEY
United States District Judge

DATED: _____

MORRIS LAW GROUP

900 BANK OF AMERICA PLAZA · 300 SOUTH FOURTH STREET · LAS VEGAS, NEVADA 89101
702/474-9400 · FAX 702/474-9422