1  MORRIS LAW GROUP
2  Robert McCoy, Bar No. 9121
   Email: rrm@morrislawgroup.com
3  Rex D. Garner, Bar No. 9401
   Email: rdg@morrislawgroup.com
4  900 Bank of America Plaza
5  300 South Fourth Street
   Las Vegas, Nevada  89101
6  Telephone:  (702) 474-9400
7  Facsimile:  (702) 474-9422

8  Attorneys for Federal Deposit
   Insurance Corporation, as Receiver
9  for Community Bank of Nevada

10              UNITED STATES DISTRICT COURT
11                 DISTRICT OF NEVADA

12  JEFFREY B. GUINN, individually   )  Case No. 2:09-cv-01809-JAD-CWH
13  and as Trustee of the DEL MAR    )
    TRUST, et al.                    )
14                                   )  **JUDGMENT AGAINST KENT**
15  Plaintiff/Counterdefendant,      )  **BARRY**
                                     )
16       vs.                         )
                                     )
17                                   )
    FEDERAL DEPOSIT INSURANCE        )
18  CORPORATION, AS RECEIVER         )
    FOR COMMUNITY BANK OF            )
19  NEVADA; DO INDIVIDUALS I-XX,     )
                                     )
20                                   )
    Defendant/Counterclaimant.       )
21  _____)

22       Based on the parties' stipulation, and good cause appearing,
23  and no reason for delay, IT IS ORDERED, ADJUDGED, AND DECREED that the FDIC-
24  R is awarded a judgment its first through fourth counterclaims and shall
25  recover from counterdefendant Kent Barry, jointly and severally, the sum
26  of $22,506,377.00, which is inclusive of interest, attorneys' fees and costs
27  and all other sums sought to be recovered by the FDIC-R on account of its

MORRIS LAW GROUP · 900 BANK OF AMERICA PLAZA · 300 SOUTH FOURTH STREET · LAS VEGAS, NEVADA 89101
702/474-9400 · FAX 702/474-9422

1  first through fourth counterclaims.  Each party is to bear its own attorneys'

2  fees and costs.

3

4

5  _____
   JENNIFER A. DORSEY

6  United States District Judge

7  DATED: _____

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MORRIS LAW GROUP
900 BANK OF AMERICA PLAZA · 300 SOUTH FOURTH STREET · LAS VEGAS, NEVADA 89101
702/474-9400 · FAX 702/474-9422