MORRIS LAW GROUP
Robert McCoy, Bar No. 9121
Email: rrm@morrislawgroup.com
Rex D. Garner, Bar No. 9401
Email: rdg@morrislawgroup.com
900 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702) 474-9400
Facsimile: (702) 474-9422

Attorneys for Federal Deposit
Insurance Corporation, as Receiver
for Community Bank of Nevada

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| JEFFREY B. GUINN, individually and as Trustee of the DEL MAR TRUST, et al.<br><br>Plaintiff/Counterdefendant,<br><br>vs.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR COMMUNITY BANK OF NEVADA; DO INDIVIDUALS I-XX,<br><br>Defendant/Counterclaimant. | Case No. 2:09-cv-01809-JAD-CWH<br><br>**STIPULATION TO ENTER JUDGMENT AGAINST CORONADO CANYONS, LLC, SEAN CORRIGAN, LISA CORRIGAN, THE S&L CORRIGAN FAMILY TRUST, KENT BARRY, MARY SUNSHINE BARRY, THE BARRY FAMILY TRUST, AND PACIFIC SUNSET DEVELOPMENT, LLC** |

Counterdefendants Sean Corrigan and Lisa Corrigan, individually and as Trustees of the S&L Corrigan Family Trust, and Coronado Canyons, LLC (the "Corrigan Defendants"); Counterdefendants Kent Barry and Mary Sunshine Barry, individually and as Trustees of the Barry Family Trust, and Pacific Sunset Development, LLC (the "Barry Defendants" and together with the Corrigan Defendants, referred to as the "Remaining Defendants") and Counterclaimant the Federal Deposit

Insurance Corporation, as Receiver for Community Bank of Nevada ("FDIC-R") stipulate as follows:

1. On October 26, 2012, the FDIC-R filed its First Amended Answer to the Third Amended Complaint and Counterclaims and First Amended Third-Party Complaint (# 85) (the "Counterclaims").

2. In its Counterclaims, the FDIC-R re-asserted three claims against the Remaining Defendants relating to the Coronado Canyons loan and the associated guaranty agreements. Specifically, the FDIC-R re-asserted a breach of contract claim, a breach of the implied covenant of good faith and fair dealing claim, and an application for a deficiency judgment—all of which were based on agreements signed by the Remaining Defendants (the "Coronado Canyons Claims").

3. On September 12, 2014, the Corrigan Defendants filed a Federal Rule of Civil Procedure 12(b)(6) Motion to Dismiss seeking to dismiss the Coronado Canyons Claims (#312). The Corrigan Defendants primarily argued that the FDIC-R's Coronado Canyons Claims were untimely under NRS 40.455 because the FDIC-R's application for a deficiency judgment was initially asserted over six months after the trustee's non-judicial foreclosure sale of the collateral securing the Coronado Canyons loan (the "Corrigan Defendants' Motion to Dismiss").

4. Following briefing by the relevant parties, on January 12, 2015, this Court denied the Corrigan Defendants' Motion to Dismiss, finding that NRS 40.455 is expressly preempted by the extender statute in 11 U.S.C. Section 1821(d)(14), which provides the FDIC-R with a six-year period to sue on a contract claim once the claim accrues (#319).

5. The Remaining Defendants have agreed to stipulate to a judgment against them and in favor of the FDIC-R on the Coronado Canyons Claims in order to facilitate an appeal of this Court's Order

denying the Corrigan Defendants' Motion to Dismiss.  The Corrigan Defendants expressly reserve their rights to appeal this Court's Order denying the Corrigan Defendants' Motion to Dismiss following entry of judgment in this matter against them.  The parties stipulate that no other issue shall be appealed.

6. The Remaining Defendants and the FDIC-R agree to a stipulated judgment against the Remaining Defendants, jointly and severally, in favor of the FDIC, on the Coronado Canyons Claims in the total sum of $22,506,377.00, which is inclusive of interest, attorneys' fees and costs, and all other sums sought to be recovered by the FDIC-R on account of its Coronado Canyons Claims.  The Remaining Defendants and the FDIC-R agree to bear their own attorneys' fees and costs.

7. This stipulated judgment will result in the resolution of any and all remaining claims between the FDIC-R and the Remaining Defendants in this lawsuit.

8. Proposed Judgments are attached as Exhibits 1 through 8 to this Stipulation.

| BAILEY KENNEDY | MORRIS LAW GROUP |
|---|---|
| By /s/ Joseph A. Liebman<br>John Bailey, No. 137<br>Dennis L. Kennedy, No. 1462<br>Joseph A. Liebman, No. 10125<br>8984 Spanish Ridge Avenue<br>Las Vegas, NV 89148 | By /s/ Robert McCoy<br>Robert McCoy, No. 9121<br>Rex D. Garner, Bar No. 9401<br>900 Bank of America Plaza<br>300 South Fourth Street<br>Las Vegas, Nevada 89101 |
| Attorneys for Coronado Canyons, LLC, Sean P. Corrigan, Lisa D. Corrigan, and the S&L Corrigan Family Trust | Attorneys for Federal Deposit Insurance Corporation, as Receiver for Community Bank of Nevada |

| KENT BARRY | MARY BARRY |
|---|---|
| By /s/ Kent Barry<br>Kent Barry<br>1911 Newport Bay Drive<br>Las Vegas, Nevada 89117 | By /s/ Mary Barry<br>Mary Barry<br>1911 Newport Bay Drive<br>Las Vegas, Nevada 89117 |
| Individually, as Trustee of the Barry Family Trust, and as Manager of Pacific Sunset Development, LLC | Individually and as Trustee of the Barry Family Trust |

## JUDGMENT

Based on the foregoing, and good cause appearing, *and no reason for delay,* IT IS ORDERED, ADJUDGED, AND DECREED that the FDIC-R is awarded a judgment on the Coronado Canyons Claims and shall recover from the Remaining Defendants, jointly and severally, the sum of $22,506,377.00, which is inclusive of interest, attorneys' fees and costs and all other sums sought to be recovered by the FDIC-R on account of its Coronado Canyons Claims. Each party is to bear its own attorneys' fees and costs.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
DATED: July 7, 2015